**Opinion filed June 9, 2022**



# In The

# Eleventh Court of Appeals

_____

## No. 11-22-00042-CV

_____

## IN THE INTEREST OF K.H.G. AND K.L.H., CHILDREN

**On Appeal from the 1st Multicounty Court at Law**
**Mitchell County, Texas**
**Trial Court Cause No. CCL17455**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion for voluntary dismissal of his appeal. *See* TEX. R. APP. P. 42.1(a). In the motion, Appellant states that he "no longer desires to pursue an appeal" of the trial court's February 14, 2022 order because the trial court has granted Appellant's motion for new trial. Accordingly, we dismiss this appeal pursuant to Appellant's motion.

The motion to dismiss is granted, and the appeal is dismissed.

June 9, 2022                                                          PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.